**DENIED; and Opinion Filed October 7, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01361-CV
### No. 05-13-01362-CV
### No. 05-13-01363-CV
### No. 05-13-01364-CV

## IN RE TROY LEE PERKINS, Relator

### Original Proceeding from the 282nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F07-00645-S, F07-71769-S, F07-71970-S, F07-71990-S

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Lang-Miers

Relator contends the trial court violated a ministerial duty by not ruling on two motions he filed. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *In re Coston*, 07-03-0366-CV, 2003 WL 21939465 at *1 (Tex. App.--Amarillo Aug. 13, 2003, orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

131361F.P05